CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 2 4 2009

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### HARRISONBURG DIVISION

| | | |
|---|---|---|
| **ROY V. ROBERTSON,** | ) | |
| **Plaintiff,** | ) | **Civil Action No. 5:08cv00056** |
| | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | **By: Samuel G. Wilson** |
| **Commissioner of Social Security,** | ) | **United States District Judge** |

This case is before the court on the objection of plaintiff, Roy V. Robertson, to the Magistrate Judge's report setting forth proposed findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(B). The court has reviewed pertinent portions of the administrative record, the Magistrate Judge's report, and plaintiff's objection to that report, and the court concludes that the Magistrate Judge's recommendation is correct and adopts that recommendation.

Accordingly, it is **ORDERED** and **ADJUDGED** that the final decision of the Commissioner is **AFFIRMED**, defendant's motion for summary judgment is **GRANTED**, plaintiff's claims is **DENIED**, and this case is **ORDERED** stricken from the docket of the court.

ENTER: This 24th day of August, 2009.

_____
United States District Judge